No. 1214, Misc. MONTGOMERY v. BRIERLEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied. ▮

No. 1279, Misc. VALDES v. UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮

No. 1295, Misc. GIBSON ET AL. v. WASHINGTON. Sup. Ct. Wash. Certiorari denied. ▮

No. 1336, Misc. DEJONG v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 1385, Misc. AGNEW v. NEBRASKA. Sup. Ct. Neb. Certiorari denied. ▮

No. 1397, Misc. RHODES v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 1496, Misc. WILLIAMS v. REINCKE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1514, Misc. JONES v. RUSSELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 1563, Misc. PIGMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮

No. 1752, Misc. FRANKLIN v. MARYLAND. Ct. Sp. App. Md. Certiorari denied. ▮

No. 1775, Misc. BLACKWELL v. BAKER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 1830, Misc. WALLEN v. NEBRASKA. Sup. Ct. Neb. Certiorari denied. ▮